UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FERNANDO VILLALPANDO,<br><br>        Defendant. | CR. NO. 2:07-0248-05 WBS<br><br>ORDER |

----oo0oo----

On September 6, 2017, defendant Fernando Villalpando filed a Motion to Reduce Sentence pursuant to 18 U.S.C. Section 3582(c)(2). (Docket No. 1585.) The United States shall file a response to defendant's motion no later than October 5, 2017. Defendant may then file a reply no later than October 26, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated: September 7, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE